# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM S32692**

———————————

## UNITED STATES
*Appellee*

**v.**

## Charles R. WILLIAMS
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 10 January 2022

———————————

*Military Judge:* Mark W. Milam.

*Sentence:* Sentence adjudged on 28 January 2021 by SpCM convened at Wright-Patterson Air Force Base, Ohio. Sentence entered by military judge on 17 February 2021: Bad-conduct discharge, confinement for 10 months, reduction to E-1, and a reprimand.

*For Appellant:* None.[*]

Before JOHNSON, KEY, and MEGINLEY, *Appellate Military Judges*.

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

———————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

---

[*] On 28 January 2021 and again on 22 March 2021, Appellant declined, in writing, appellate defense counsel representation. *See United States v. Xu*, 70 M.J. 140 (C.A.A.F. 2011) (mem.); *see also* Air Force Instruction 51-201, *Administration of Justice*, ¶ 14.5.2 (18 Jan. 2019).

59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court